UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MAGDALENA PACHECO BOLANOS | Hon. Mark Falk<br>Mag. No. 08-3641<br><br>ORDER |

This matter, having come before the Court by way of the Government's application for the extradition of Magdalena Pacheco Bolanos, and, for the reasons set forth in the Court's corresponding Opinion dated January 20, 2009,

IT IS on this **20th day of January, 2009**,

**ORDERED** that the Government's application is **GRANTED.**

**SO ORDERED.**

/s/ Mark Falk
**MARK FALK**
**United States Magistrate Judge**

Orig.: Clerk of the Court
cc:   All Parties
      File